# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FEDERAL JUSTICE BUILDING
### TENTH FLOOR
### 99 NORTHEAST 4TH STREET
### MIAMI, FLORIDA 33132

FEDERICO A. MORENO
U.S. DISTRICT JUDGE

September 14, 2004

Honorable Mary H. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar year 2003 Filing

Dear Judge Lisi:

I am in receipt of your letter dated August 30, 2004 responding to my letter of June 25, 2004 requesting additional information. Unfortunately due to my error I have included the various mutual funds that are in a widely held investment fund and categorized them separately. They are not separate mutual funds but joint. Therefore, I cannot list individual values because they are widely held investment funds. In other words the "N&B Partners Mutual Fund, the "AIM Charter Fund," the "SB Aggressive Growth," and "SB Money Portfolio" are all part of one mutual fund and in all likelihood should not have been listed separately. My error in having done that in the past has resulted in a letter from your staff requiring an indication as to the value of each portion. I have provided a value for the entire widely held fund but cannot do so for the individual portions of the mutual funds since they are all held in one investment fund (which incidentally is in my ███ name).

I hope that this letter will be sufficient to make my 2003 report final. If you or you staff have any questions please do not hesitate to call.

Sincerely

U.S. District Judge

FAM/smc
encl. (Judge Lisi's 8/30/04 letter)

RECEIVED Jul. 27 11 06 AM '04

FINANCIAL DISCLOSURE OFFICE

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
FEDERAL JUSTICE BUILDING
TENTH FLOOR
99 NORTHEAST 4TH STREET
MIAMI, FLORIDA 33132

FEDERICO A. MORENO
U.S. DISTRICT JUDGE

July 20, 2004

Honorable Mary H. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar year 2003 Filing

Dear Judge Lisi:

I am in receipt of your letter dated June 25, 2004 asking to supplement my financial disclosure form of April 7, 2004. Enclosed are the responses to be reviewed by your committee's staff.

In regards to Part VII, line 13, column D(2), as your staff has pointed out, I mistakenly repeated that an account had been opened. No action is requested of me.

In Part VII, line 7, columns B and C I listed the aggregate income and value information for mutual funds. They are not individual assets but instead "mutual funds" and I have been reporting them in the same manner for the last 14 years. Please advise me if this is not appropriate. I have never listed the specific funds within the mutual funds but will be glad to do so if you desire. However, there is no specific value assigned to each. The nature of a mutual fund is precisely that, a "mutual fund" with an aggregate value.

Si⬛⬛⬛⬛⬛

FEDERICO A. MORENO
U.S. District Judge

FAM/smc
encl. (Judge Lisi's 6/25/04 letter)

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) MORENO, FEDERICO A | 2. Court or Organization SOUTHERN DISTRICT OF FLORIDA | 3. Date of Report 4/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ◯ Nomination,    Date ◯ Initial    ● Annual    ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Federal Justice Building 99 N.E. 4th Street #1061 Miami, Florida 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR 28 A 9: 08 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Adjunct Professor Stipend-Univ. of Miami Law School | $4,500 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | De La Cruz Companies ▉▉▉▉▉▉ | Play off and World Series Baseball Tickets | $3,000 |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORENO, FEDERICO A | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Prudential I.R.A. Mutual Funds | A | Interest | J | T | | | • | | |
| 2. Prudential (IRA Mutual Funds) Prudential Money Market | A | Interest | K | T | | | | | |
| 3. Coconut Grove Bank ● | A | Interest | K | T | | | | | |
| 4. Prudential Securities ●(Gas System Revenue Series B) | B | Earn. | K | T | | | | | |
| 5. Equitable Variable ●Life Ins. Co. | A | Earn. | K | T | | | | | |
| 6. Prudential Variable Investment Plan Annuities | A | Earn. | K | T | | | | | |
| 7. Mutual Funds, inc. N&B Partners AIM Charter Fund, AIM Conste | A | Earn. | L | T | | | • | | |
| 8. Fund, SB Aggressive Growth and S.B. Money Market Portfolio | | | | | | | | | |
| 9. all administered by CitiStreet | | | | | | | | | |
| 10. Mellon United National Bank | D | Interest | M | T | | | | | |
| 11. Lucent Technologies | | None | J | T | | | | | |
| 12. Sonny Corporation | | None | J | T | | | | | |
| 13. Certificate of Deposit - City National Bank | D | Interest | L | T | | | | | |
| 14. SunTrust Bank Money Market Account | B | Interest | L | T | | | | | |
| 15. Premier American Bank Certificate of Deposit | A | Interest | K | T | Acct. Opened | 1/02 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___April 21, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544